DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CITY OF ST. PETERSBURG, a municipality,

Petitioner,

v.

TANASHA ROWE,

Respondent.

No. 2D23-1787
_____

March 22, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Amy Williams, Judge.

Joseph P. Patner, Executive Assistant City Attorney of Office of the City
Attorney for the City of St. Petersburg, St. Petersburg, for Petitioner.

Robert J. Healy, Jr. and Daniella Rivera of Salter, Healy, Rivera &
Heptner, St. Petersburg, for Respondent.

PER CURIAM.

        Denied.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.